IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE TEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-CV-1207 |
| | ) | |
| BUDZIK & DYNIA, LLC, | ) | Judge Guzman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Carrie Teager hereby dismisses her individual claims against Defendant Budzik & Dynia, LLC with prejudice, and without costs, with each party to bear its own attorney's fees.

Respectfully Submitted,

s/Michelle R. Teggelaar

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

2

**CERTIFICATE OF SERVICE**

      I, Michelle R. Teggelaar, hereby certify that on May 3, 2011, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. I caused a copy of the foregoing document to be sent to the following party by electronic mail:


Jeffrey Budzik
BUDZIK & DYNIA, LLC
4849 N Milwaukee Ave., Suite 801
Chicago, IL 60630
(773) 427-1900
FAX: (773) 482-6200
jbudzik@b-dlawfirm.com


                                                    s/Michelle R. Teggelaar